[No. 22637–1–I. Division One. February 12, 1990.]

ESTHER S. BISHOP, *Respondent*, v. MIKE REILLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–2–11284–3, Nancy A. Holman, J., entered July 7, 1988. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J. See 58 Wn. App. 1001, 1006.

[No. 22724–6–I. Division One. February 12, 1990.]

EUGENE W. WOWK, ET AL, *Respondents*, v. EULENNA A. ROBBINS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 87–2–00222–0, Howard A. Patrick, J., entered July 15, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 22123–0–I. Division One. February 12, 1990.]

JOHN V. HANNAH, *Respondent*, v. WILLIAM H. ANDERSON, SR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 81–2–11556–0, Steven G. Scott, J., entered April 13, 1988. *Reversed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Grosse, J.